# U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:23−cv−01417−SKO

(HC) Mina v. Macomber  
Assigned to: Magistrate Judge Sheila K. Oberto  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/28/2023  
Date Terminated: 10/03/2023  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Wilfredo Mina**  represented by  **Wilfredo Mina**  
BB−7907  
CORRECTIONAL TRAINING FACILITY (705)  
P.O. BOX 705  
SOLEDAD, CA 93960−0705  
PRO SE

V.

**Respondent**

**Jeff Macomber**  
*Secretary*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2023 | Ï 1 | (2254) PETITION for WRIT of HABEAS CORPUS against Jeff Macomber by Wilfredo Mina.(Xiong, J.) (Entered: 09/28/2023) |
| 10/03/2023 | Ï 2 | ORDER TRANSFERRING CASE to the United States District Court for the Central District of California signed by Magistrate Judge Sheila K. Oberto on 10/2/2023. (Xiong, J.) (Entered: 10/03/2023) |
| 10/03/2023 | Ï | SERVICE BY MAIL: 2 Order served on Wilfredo Mina. (Xiong, J.) (Entered: 10/03/2023) |